Meredith L. Thielbahr, ISB No. 9733
Mark Bieter, ISB No. 11859
Laegan Meyers, ISB No. 12207
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone: (208) 472-5837
Email: mthielbahr@grsm.com
Email: mbieter@grsm.com
Email: lmeyers@grsm.com

Attorneys for State Farm Fire and Casualty Company

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| PAUL S. RUTTER and JENNIFER K. COOK,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a corporation,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS HEREIN:**

**PLEASE TAKE NOTICE** that Defendant State Farm Fire and Casualty Company ("State Farm") respectfully submits this Notice of Removal in this civil action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, to the United States District Court for the District of Idaho pursuant to 28 U.S.C. §§1441 and 1446, based on diversity jurisdiction under 28 U.S.C. §1332. Plaintiffs Paul S. Rutter and Jennifer K. Cook are residents of the State of Idaho, County of Ada. (*See* Exhibit A (Complaint) at ¶1).

In support of this Notice of Removal, through its counsel, Defendant states as follows:

**PROCEDURAL BACKGROUND**

1. Plaintiff's Complaint and Demand for Jury Trial ("Complaint") was filed in the

District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, on July 18, 2025.

2.  Service of the Complaint on Defendant was initiated by hand delivery on July 22, 2025. (*See* Exhibit C (Declaration RE: Acceptance of Service).

## **BASIS FOR REMOVAL – DIVERISTY JURISDICTION**

3.  Under 28 U.S.C. §1441(a), any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. This matter may be removed from the state court because this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(1), diversity jurisdiction.

4.  28 U.S.C. §1332(a)(1) provides that a district court has original jurisdiction where the amount of controversy exceeds $75,000, exclusive of interests and costs, and the action is between citizens of different states. The Complaint is styled as an action for Breach of Contract, Negligent Adjustment, Breach of the Covenant of Good Fail and Fair Dealing, and Bad Faith includes a Claim for Punitive Damages, Attorney's Fees, Costs and Interest. (*See* Exhibit E, Declaration of Mark Bieter). Plaintiffs seek compensatory damages in an amount to be proven at trial, attorney's fees, costs and interest.

5.  The action is between citizens of separate States. Plaintiff's Paul S. Rutter and Jennifer K. Cook are Idaho residents. (*See* Exhibit A (Complaint) at ¶1). Defendant State Farm Fire and Casualty Company is an Illinois Corporation with its principal place of business in Bloomington, Illinois authorized to as a foreign corporation authorized to do business in Idaho.

6.  Where an underlying statute authorizes an award of attorneys' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy in

determining whether diversity jurisdiction exists. *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998); (*See* Exhibit E, Declaration of Mark Bieter).

7.  Idaho Code section 41-1839 provides for attorney fees awards in claims arising from insurance disputes.  Any insurers issuing any policy…that fails to pay a person entitled thereto… the amount that person is justly due under such policy…shall in any action thereafter commenced against the insurer…pay such further amount as the court shall adjudge reasonable as attorney's fees…I.C. § 41-1839 (ellipses added).

8.  On Plaintiffs' First Cause of Action, Plaintiffs seek a money judgment against Defendants in an amount to be determined at trial, but at least $33,520.22 from Defendants, plus punitive damages, emotional distress, attorney's fees, costs, and interest. Exhibit A (Complaint) at 6.

## TIMELINESS OF REMOVAL

9.  The Complaint was filed on July 18, 2025. (*See* Exhibit A (Complaint)). The Complaint and Summons were served on Defendant via the State of Idaho Department of Insurance on July 22, 2025. Notice of Removal is therefore timely because this Notice is filed not more than thirty (30) days after the Complaint was served on Defendant on July 22, 2025. (28 U.S.C. §1336(b)(1)).

## VENUE

10. Venue is proper in this District and Division because the State Court Action was filed and is pending in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, which is located within the venue of the United States District Court for the District of Idaho.

////

**COMPLIANCE WITH REMOVAL PROCEDURES**

11. Defendant has complied with all procedural requirements for removal set forth in 28 U.S.C. §1446. As noted in paragraph 9 above, this Notice of Removal is filed not more than thirty (30) days after receipt of the Complaint was served on Defendant.

12. Pursuant to §1446(d), a copy of this Notice of Removal, including exhibits, is being served on Plaintiff's counsel who is counsel on behalf of the only adverse party.

13. Pursuant to §1446(d), a copy of this Notice of Removal, including exhibits, will be filed in Case No. CV01-25-13044 <u>Paul S. Rutter and Jennifer K. Cook, individuals, vs. State Farm Fire and Casualty Company, a corporation</u> in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada ("the State Court Action").

14. Pursuant to District Local Rule 81.1, copies of the entire State Court record and the Register of Actions are attached hereto as Exhibit A (Complaint); Exhibit B (Summons); Exhibit C (Affidavit of Service); and Exhibit D (Register of Actions).

WHEREFORE, for the foregoing reasons, State Farm removes this action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, ("Complaint"), Case No. CV01-25-13044 to the United States District Court for the District of Idaho and respectfully requests that the Court exercise diversity jurisdiction over this action.

DATED this 20th day of August, 2025.

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Mark Bieter*
Meredith L. Thielbahr, ISB No. 9733
Mark Beiter, ISB No. 11859
Laegan Meyers, ISB No. 12207
Attorneys for State Farm Fire and Casualty Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August 2025, I caused a true and correct copy of the foregoing to be served via E-mail addressed as follows:

Ron R. Shepherd
V. Renee Karel
Susan Lynn Mimura
Shep Law Group
1990 North Meridian Road
Meridian, ID 83646
Telephone: (208) 887-3444
Facsimile: (208) 887-3443
Direct: ron@sheplawgroup.net
       susan@sheplawgroup.net
       renee@sheplawgroup.com
E-Filing: efile@sheplawgroup.ent
*Attorneys for Plaintiffs*

/s/ Mark Bieter
MARK BIETER