# EXHIBIT C



# Notice of Service of Process

**KSB / ALL**
**Transmittal Number: 31912793**
**Date Processed: 07/25/2025**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire and Casualty Company |
| **Title of Action:** | Paul S. Rutter vs. State Farm Fire & Casualty Company |
| **Matter Name/ID:** | Paul S. Rutter vs. State Farm Fire & Casualty Company (17655565) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Ada County District Court, ID |
| **Case/Reference No:** | CV01-25-13044 |
| **Jurisdiction Served:** | Idaho |
| **Date Served on CSC:** | 07/25/2025 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | Dept. of Insurance |
| **How Served:** | Certified Mail |
| Sender Information: | Shep Law Group<br>208-887-3444 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

State of Idaho
**DEPARTMENT OF INSURANCE**

BRAD LITTLE
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250   Fax (208) 334-4298
http://www.doi.idaho.gov

DEAN L. CAMERON
Director

**To:** STATE FARM FIRE AND CASUALTY COMPANY
c/o CORPORATION SERVICE COMPANY
1305 12TH AVENUE RD., SUITE 100
NAMPA, ID 83686

**CC:** Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 7/23/2025

**Re:** NOTICE OF SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA CASE NO. CV 01-25-13044.

PAUL S. RUTTER and JENNIFER K. COOK v STATE FARM FIRE AND CASUALTY COMPANY

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled action, was made upon you by HAND DELIVERY on the TWENTY-SECOND day of JULY, 2025, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this TWENTY-THIRD day of JULY, 2025.

*Dean L. Cameron* /dg
Dean L. Cameron
Director
Department of Insurance
State of Idaho

Cert Num. 9589 0710 5270 0169 2435 67