# **EXHIBIT D**

## Case Information

CV01-25-13044 | Paul Rutter, Jennifer Cook Plaintiff, vs. State Farm Fire and Casualty Company Defendant.

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| CV01-25-13044 | Ada County District Court | Yee-Wallace, Cynthia |
| **File Date** | **Case Type** | **Case Status** |
| 07/18/2025 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

**Plaintiff**
Rutter, Paul S

Active Attorneys ▼
Lead Attorney
Shepherd, Ronald Robert
Retained

**Plaintiff**
Cook, Jennifer K

Active Attorneys ▼
Lead Attorney
Shepherd, Ronald Robert
Retained

**Defendant**
State Farm Fire and Casualty Company

## Events and Hearings

07/18/2025 New Case - District Civil

07/18/2025 Civil Case Information Sheet

07/18/2025 Summons Issued ▼

Comment
and Filed

07/18/2025 Complaint Filed

07/18/2025 Summons ▼

Served
07/22/2025

07/25/2025 Affidavit / Return of Service ▼

Comment
(07/22/25)

07/25/2025 Declaration ▼

Comment
of Brenda Seeger

## Financial

Rutter, Paul S
| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $221.00 |
| Total Payments and Credits | | | | $221.00 |

| 7/20/2025 | Transaction Assessment | | | $221.00 |
| 7/20/2025 | EFile Payment | Receipt # 70229-2025-R01 | Rutter, Paul S | ($221.00) |