# **EXHIBIT E**

Meredith L. Thielbahr, ISB No. 9733
Mark Bieter, ISB No. 11859
Laegan Meyers, ISB No. 12207
GORDON & REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone: (208) 472-5837
Email: mthielbahr@grsm.com
Email: mbieter@grsm.com
Email: lmeyers@grsm.com

Attorneys for State Farm Fire and Casualty Company

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| PAUL S. RUTTER and JENNIFER K. COOK,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a corporation,<br><br>        Defendant. | Case No.<br><br>**DECLARATION OF MARK BIETER IN SUPPORT OF DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S AMENDED NOTICE OF REMOVAL** |

I, Mark Bieter, declare as follows:

1.    I am one of the attorneys for Defendant State Farm Fire and Casualty Company, am over 18 years of age, am competent to make this declaration and make this declaration based upon my personal knowledge.

2.    I am licensed to practice law in the State of Idaho.

3.    Defendant State Farm Fire and Casualty Company alleges proper diversity jurisdiction pursuant to 28 U.S.C §1332(a)(1).

4.    In my experience practicing law in the State of Idaho, Plaintiff's attorney's fees in bad faith insurance litigation similar to this lawsuit can be in the range of $50,000 to $75,000, and potentially more if the lawsuit goes to trial.

DECLARATION OF MARK BIETER IN SUPPORT OF DEFENDANT STATE FARM
FIRE AND CASUALTY COMPANY'S NOTICE OF REMOVAL - 1

5. Plaintiffs' Complaint seeks a money judgement against Defendant in an amount to be determined at trial, but review of the claims file in this matter indicates that Plaintiffs will be seeking at least $31,885.17 in damages, plus punitive damages, attorney's fees, fees, costs and interest. Based on the review of Plaintiffs' Complaint and the claims file, Plaintiffs damages, fees, and costs will exceed $75,000 and, therefore, should satisfy the amount in controversy requirement.

6. Based on the Complaint and my review of the claim, it is my good faith belief that the amount in controversy exceeds $75,000, exclusive of interest and costs.

I declare under penalty of perjury, pursuant to the laws of the State of Idaho, that the foregoing is true and correct.

Dated: August 20, 2025

*/s/ Mark Bieter*
MARK BIETER

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 20th day of August 2025, I caused a true and correct copy of the foregoing to be served via E-mail addressed as follows:

  Ron R. Shepherd
  V. Renee Karel
  Susan Lynn Mimura
  Shep Law Group
  1990 North Meridian Road
  Meridian, ID 83646
  Telephone: (208) 887-3444
  Facsimile: (208) 887-3443
  Direct: ron@sheplawgroup.net
     susan@sheplawgroup.net
     renee@sheplawgroup.com
  E-Filing: efile@sheplawgroup.ent
  *Attorneys for Plaintiffs*

               */s/ Kateari N. Jensen*
               KATEARI N. JENSEN, Paralegal